IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                                                    CRIMINAL NO. 3:05cr118HTW-JCS

TOBY WAYNE GOSS

## ORDER

This cause is before the Court on the *ore tenus* Motion of the Government for the Court to determine certain legal issues regarding the appropriate method for calculating the Defendant's sentence in this case. After hearing from the parties and the United States Probation Officer, the Court granted the motion.

IT IS THEREFORE ORDERED that the Government shall submit its brief to the Court on or before October 27, 2006.

IT IS FURTHER ORDERED that counsel for the Defendant shall submit a brief in response within seven (7) days of the filing of the Government's brief.

IT IS FURTHER ORDERED that the Court will hear oral argument on the issues raised in the briefs on November 7, 2006, at 9:00 a.m.

IT IS FURTHER ORDERED that the United States Probation Officer will complete the Presentence Investigation Report in this matter within ten (10) days of the Court's ruling on the legal issues raised by the parties.

SO ORDERED, this the 20th day of October, 2006.

**s/ HENRY T. WINGATE**

_____
CHIEF UNITED STATES DISTRICT JUDGE